(Del. Rev. 12/98)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Bracy C. Dixon
_____

(Name of Plaintiff or Plaintiffs)

City of Wilmington        **CIVIL ACTION No.** _0 6 - 3 4 4_
Chief James Ford
Deputy chief willie Patrick
Battalion Chief George Cunningham
(Name of Defendant or Defendants)

## COMPLAINT UNDER TITLE VII

## OF THE CIVIL RIGHTS ACT OF 1964

1.    This action is brought pursuant to *Title VII of the Civil Rights Act of 1964*, as amended, for

**employment discrimination.** Jurisdiction exists by virtue of 42 U.S.C. $2000e-5. Equitable and other relief are also

sought under 42 U.S.C. $2000e-5(g).

2.    Plaintiff resides at ___806  W. 34th St._____
(Street Address)
Wilmington  Newcastle  Delaware  19802_____
(City)        (County)      (State)      (Zip Code)
302-764-1130_____ .
(Area Code) (Phone Number)

3.    Defendant resides at, or its business is located at _300  N. walnut St.
(Street Address)
Wilmington  Newcastle  Delaware  19802_____ .
(City)        (County)      (State)      (Zip Code)

4.    The discriminatory conduct occurred in connection with plaintiff's employment at, or application to
be employed at, defendant's __City of Wilmington (Fire Dept.)__ place of bussiness
(Defendant's Name)
located at __300  N.  Walnut St._____
(Street Address)
Wilmington  Newcastle  Delaware  19801_____
(City)        (County)      (State)      (Zip Code)

5.    The alleged discriminatory acts occurred on ___*over a period of time*___
                                                  (Day)        (Month)        (Year)

6.    The alleged discriminatory practice    ✔ is    O is not continuing.

7.    Plaintiff filed charges with the Department of Labor of the State of Delaware,

_____
(Agency)          (Street Address)        (City)
                                                                              , regarding
_____
(County)          (State)              (Zip Code)

defendant's alleged discriminatory conduct on _____, _____, _____.
                                              (Day)      (Month)      (Year)

8.    Plaintiff filed charges with the Equal Employment opportunity Commission of the United States
regarding defendant's alleged discriminatory conduct on: _____, _____, _____.
                                                         (Day)      (Month)      (Year)

9.    The Equal Employment Opportunity Commission issued the attached Notice-of-Right-to-Sue letter
which was received by plaintiff on: _____, _____, _____.
                                    (Day)      (Month)      (Year)

### (NOTE:    ATTACH NOTICE-OF-RIGHT-TO-SUE LETTER TO THIS COMPLAINT.)

10.    The alleged discriminatory acts, in this suit, concern:

A.    O    Failure to employ plaintiff.

B.    O    Termination of plaintiff's employment.

C.    O    Failure to promote plaintiff.

D.    ✔    Other acts (please specify below)

*Retaliation, Career Sabotage, racial discrimination,*

*excessive punishment and extreme disciplinary actions*

*due to my race.*

Plaintiff prays for the following relief: (Indicated exact relief requested)

5 million dollars from the City of Wilmington, $250,000 from Chief James Ford, Deputy Chief Willie Patrick, and Battalion Chief George Cunningham, each. Cease all unfair, Discrimination, bias treatment, and harassment. Immediate resignation of all three party(s) Mentioned above.

22 May 2006

11.    Defendant's conduct is discriminatory with respect to the following:

    A.    ✓ Plaintiff's race

    B.    ⭕ Plaintiff's color

    C.    ⭕ Plaintiff's sex

    D.    ⭕ Plaintiff's religion

    E.    ⭕ Plaintiff's national origin


12.    A copy of the charges filed with the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of plaintiff's claim.


13.    If relief is not granted, plaintiffs will be irreparably denied rights secured by Title VII of the 1964 CivilRights Act, as amended.


14.    Plaintiff's has no adequate remedy at law to redress the wrongs described above.


**THEREFORE, Plaintiff prays as follows: (Check appropriate letter(s))**


    A.    ✓ That all fees, cost or security attendant to this litigation be hereby waived.

    B.    ✓ That the Court appoint legal counsel.

    C.    ✓ That the Court grant such relief as may be appropriate, including injunctive orders, damages, cost and attorney's fees.


**I declare under penalty of perjury that the foregoing is true and correct.**


Dated: _22 MAY 06_


_____
(Signature of Plaintiff)


_____
(Signature of additional Plaintiff)

06-344

JS 44  (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a)  PLAINTIFFS**  Bracy Dixon
806 W. 34th St. 19802   302-764-1130
Wilmington De 19802

**(b)** County of Residence of First Listed Plaintiff  Newcastle
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

**DEFENDANTS**  City of Wilmington, Chief James Ford, Deputy Chief Will. e Patrick, Battalion Chief George Cunningham.

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION     (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT     (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **LABOR** | ☐ 490 Cable/Sat TV |
| | | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☒ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN     (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C 2000 e-5
Brief description of cause:  Racial Discrimination   Retaliation   Career Sabotage   Employment discrimination   Job Discrimination

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 5 million
CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):  JUDGE  Honorable Sue L. Robinson   DOCKET NUMBER  1:05-CV-00479-SLR

DATE  22 MAY 2006

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #        AMOUNT        APPLYING IFP        JUDGE        MAG. JUDGE

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____ 0 6 - 3 4 4 _____

## ACKNOWLEDGMENT
## OF RECEIPT FOR AO FORM 85

### *NOTICE OF AVAILABILITY OF A*
### *UNITED STATES MAGISTRATE JUDGE*
### *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____5_____ COPIES OF AO FORM 85.

___24 mAy 06___
(Date forms issued)

_____
(Signature of Party or their Representative)

___Bracy C. Dixon Jr___
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

RE:  C.A.# _____ 0 6 - 3 4 4 _____

_City of Wilmington_
_Chief Ford, D/C Patrick_

CASE CAPTION: _Bracy C. Dixon Jr._ v. _B/c Cunningham_

## ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received _24 MAy 06_
by Plaintiff:

Signed: _____
Pro Se Plaintiff

Date Received _5|24/06_
by Clerk's office:

Signed: _Evetto Wala_
Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

If applicable, Rule 4 mailed to plaintiff:

_____
Date mailed

_____
By Deputy Clerk

cc:  Docketing Clerk

wp\forms\rule4receipt 2-04