To: Whom it may concern

From: Bracy C. Dixon JR.

Re: Summons

06-344 (SLR)

This is a letter of intent, in reference to my efforts to have summons served to; The city of Wilmington, Chief James Ford, Deputy Chief Willie Patrick, and Battalion Chief George Cunningham. For further information



Bracy C. Dixon Jr.
806 W 34th St.
Wilmington, De 19802

302-377-4529

FILED
JUN 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

SS13434
SS13435