AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

Bracy C. Dixon Jr

V.

**SUMMONS IN A CIVIL CASE**

City of Wilmington, etal CASE NUMBER:   0 6 - 3 4 4

TO: (Name and address of Defendant)
Chief James Ford
300 N. Walnut St.
Wilmington, De 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bracy C. Dixon Jr.
806 W 34th St.
Wilmington, De 19802

an answer to the complaint which is served on you with this summons, within ___**20**___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**                          MAY 2 4 2006

_____          _____
CLERK                                              DATE

Evette Waters
(By) DEPUTY CLERK

June 5, 2006

OFFICE OF THE SHERIFF

Served a copy the within writ, a copy of the Summons and Complaint upon

1. CHIEF JAMES  FORD
2. DEPUTY CHIEF  WILLIE  PATRICK
3. B/C GEORGE CUNNINGHAM

By serving the same and leaving a copy thereof with DORIEN SNYDER, at LAW DEPT/CITY SOLICITOR 800 N  FRENCH STREET,  WILMINGTON, DE 19801, on 6/5/2006 at 2:15PM.


Fees Paid:  $45.00

Civil Action # SS13434
Per:  Deputy Sheriff, John Howard

SO ANS;
SHERIFF

WRIT RET.   6-6-06

PER:  Doreen Simmons


Document #:   06008944

## Office of the Sheriff
**Deputy Service Sheet**

### Summons and Complaint

Court:   Special Subpoena Mileage (New Castle)

**CA#SS13434**

**Court Date:**

**Return Date:  06/20/2006**

Prepared By:  Jmerrill

**BRACY C DIXON JR**
**vs.**
**CITY OF WILMINGTON ET AL**

**Service On**

*I.* **CITY OF WILMINGTON**

*Serv* LAW DEPT/CITY SOLICITOR
800 N  FRENCH STREET
WILMINGTON, DE  19801

**File Comments**

06 - 344

Additional Defendants:
*2* CHIEF JAMES  FORD
*3,* DEPUTY CHIEF PATRICK  PATRICK
*4* B/C GEORGE  CUNNINGHAM

2006 JUN 13  AM 10: 53
BD scanned
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

4 W/
Attempted Service _____

Attempted Service _____

Attempted Service _____

Attempted Service _____

Attempted Service _____

**Attorney:**

BRACY C DIXON JR

806 W  34 TH STREET
WILMINGTON, DE 19802

(302)764-1130

### Service

Served By ____ JAH

Served # 1 DONNA KELLUM  # 234  DORIEN SNYDER

Date Served 05/05/06 Time Served  215

**Place Served** _____