AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

Bracy C. Dixon Jr.

v.

City of Wilmington, etal

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-344

TO: (Name and address of Defendant)

Deputy Chief Willie Patrick
800 N. French St. 3rd floor
Fire Marshal Office
Wilmington, De 19801

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bracy C. Dixon Jr.
806 W 34th St.
Wilmington, De 19802

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

_(signature)_
(By) DEPUTY CLERK

MAY 24 2006

DATE

June 5, 2006

OFFICE OF THE SHERIFF

Served a copy the within writ, a copy of the Summons and Complaint upon

1. CHIEF JAMES FORD
2. DEPUTY CHIEF WILLIE PATRICK
3. B/C GEORGE CUNNINGHAM

By serving the same and leaving a copy thereof with DORIEN SNYDER, at LAW DEPT/CITY SOLICITOR 800 N FRENCH STREET, WILMINGTON, DE 19801, on 6/5/2006 at 2:15PM.

Fees Paid: $45.00

Civil Action # SS13434
Per: Deputy Sheriff, John Howard

SO ANS;
SHERIFF

*[signature]*

WRIT RET. 6-6-06

PER: Doreen Simmons

Document #: 06008944

06008944

## Office of the Sheriff
### Deputy Service Sheet

**Summons and Complaint**

Court:  Special Subpoena Mileage (New Castle)

**CA#SS13434**

**Court Date:**

**Return Date: 06/20/2006**

Prepared By: Jmerrill

**BRACY C DIXON JR**
vs.
**CITY OF WILMINGTON ET AL**

| Service On | File Comments |
|---|---|
| **CITY OF WILMINGTON** <br> *sew* LAW DEPT/CITY SOLICITOR <br> 800 N FRENCH STREET <br> WILMINGTON, DE 19801 | 06 - 344 |

Additional Defendants:
2. CHIEF JAMES FORD
3. DEPUTY CHIEF PATRICK PATRICK
4. B/C GEORGE CUNNINGHAM

FILED
2006 JUN 13 AM 10:53
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

4 W/
Attempted Service _____

Attempted Service _____

Attempted Service _____

Attempted Service _____

Attempted Service _____

**Attorney:**

BRACY C DIXON JR

806 W 34 TH STREET
WILMINGTON, DE 19802

(302)764-1130

**Service**

Served By ___JAH___

Served #1 DONNA KELLUM  #234 DORIEN SNYDER

Date Served 06/05/06  Time Served 215

Place Served _____