AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

Bracy C. Dixon Jr.
v.
City of Wilmington, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-344

TO: (Name and address of Defendant)

City of Wilmington
800 N. French St.
Wilmington, De 19801

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bracy C. Dixon Jr.
806 W 34th St.
Wilmington, De 19802

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO
CLERK

MAY 2 4 2006
DATE

(By) DEPUTY CLERK

June 5, 2006

OFFICE OF THE SHERIFF

Served a copy the within writ, a copy of the Summons and Complaint upon CITY OF WILMINGTON

By serving the same and leaving a copy thereof with DONNA KELLUM, at LAW DEPT/CITY SOLICITOR 800 N FRENCH STREET, WILMINGTON, DE 19801, on 6/5/2006 at 2:15PM.

Fees Paid:

Civil Action # SS13434
Per: Deputy Sheriff, John Howard

SO ANS;
SHERIFF

WRIT RET. 6-6-06

PER: Doreen Simmons

Document #: 06008944

06008944

## Office of the Sheriff
### Deputy Service Sheet

**Summons and Complaint**

Court: Special Subpoena Mileage (New Castle)

CA#SS13434

**Court Date:**

*Return Date:* 06/20/2006

Prepared By: Jmerrill

BRACY C DIXON JR
vs.
CITY OF WILMINGTON ET AL

**Service On**

**File Comments**

1. CITY OF WILMINGTON

   serv LAW DEPT/CITY SOLICITOR
   800 N FRENCH STREET
   WILMINGTON, DE 19801

06-344

Additional Defendants:
2. CHIEF JAMES FORD
3. DEPUTY CHIEF PATRICK PATRICK
4. B/C GEORGE CUNNINGHAM

FILED
2006 JUN 13 AM 10:53
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

4 W
Attempted Service _____

Attempted Service _____

Attempted Service _____

Attempted Service _____

Attempted Service _____

**Attorney:**

BRACY C DIXON JR
806 W 34 TH STREET
WILMINGTON, DE 19802

(302)764-1130

**Service**

Served By _JAM_

Served #1 DONNA KELLOM #2,3,4 DORIEN SNYDER

Date Served 06/05/06  Time Served 215

Place Served _____