IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Bracey C. Dixon, Jr., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-344 SLR |
| | : | |
| City of Wilmington, Chief James Ford, | : | |
| Deputy Chief Willie Patrick and | : | |
| Battalion Chief George Cunningham, | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS' MOTION TO DISMISS**

For the reasons set forth in Defendants' Opening Brief in Support of Their Motion to Dismiss, Defendants, City of Wilmington, James Ford, Willie Patrick and George Cunningham, respectfully move this Court to dismiss the Plaintiff's Complaint with prejudice pursuant to *Fed.R.Civ.P.* 12(b)(6) for failure to state a claim upon which relief can be granted.

CITY OF WILMINGTON LAW DEPARTMENT

  /s/ Andrea J. Faraone
Andrea J. Faraone (I.D. # 3831)
Assistant City Solicitors
Louis L. Redding City/County Building
800 French Street, 9th Floor
Wilmington, Delaware 19801-3537
(302) 576-2175
Attorneys for Defendants

Dated: Jun 26, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Bracey C. Dixon, Jr., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-344 SLR |
| | : | |
| City of Wilmington, Chief James Ford, | : | |
| Deputy Chief Willie Patrick and | : | |
| Battalion Chief George Cunningham, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

This _____ day of _____, 2006, the Court having considered Defendants' Motion to Dismiss,

IT IS HEREBY ORDERED this ____ day of _____, 2006, that Defendants' Motion to Dismiss is GRANTED, and Plaintiff's Complaint in the above-captioned action is dismissed with prejudice.

_____
Judge Sue L. Robinson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Bracey C. Dixon, Jr., : | |
| : | |
| Plaintiff, : | |
| : | |
| v.   : | C.A. No. 06-344 SLR |
| : | |
| City of Wilmington, Chief James Ford, : | |
| Deputy Chief Willie Patrick and : | |
| Battalion Chief George Cunningham, : | |
| : | |
| Defendants. : | |

CERTIFICATE OF SERVICE

I, Andrea J. Faraone, Esquire, hereby certify that on this 26th day of June, 2006, I filed the Defendants, City of Wilmington, James Ford, Willie Patrick and George Cunningham's Motion to Dismiss with the Clerk of Court using CM/ECF which will send notification of such filing(s) that this document is available for viewing and downloading from CM/ECF to the following:

        Bracy C. Dixon, Jr.
        806 W. 34th Street
        Wilmington, DE 19802

        /s/ Andrea J. Faraone
        Andrea J. Faraone, Esquire (I.D. #3831)
        City of Wilmington Law Department
        Louis L. Redding City/County Building
        800 N. French Street, 9th Floor
        Wilmington, DE 19801
        (302) 576-2175
        Attorney for Defendants