IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Bracey C. Dixon, Jr., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-344 SLR |
| | : | |
| City of Wilmington, Chief James Ford, | : | |
| Deputy Chief Willie Patrick and | : | |
| Battalion Chief George Cunningham, | : | |
| | : | |
| Defendants. | : | |

APPENDIX TO DEFENDANTS' OPENING BRIEF
IN SUPPORT OF THEIR MOTION TO DISMISS

Andrea J. Faraone, Esquire (I.D. #3831)
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2175
Attorney for Defendants

TABLE OF CONTENTS

PAGE

Dixon's EEOC Charge dated February 9, 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  A-1

Dixon's Right-to-Sue Letter dated May 28, 2004  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  A-4

Dixon's Complaint dated May 24, 2006  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  A-5

Jobes' Complaint and Civil Cover Sheet dated July 11, 2005 . . . . . . . . . . . . . . . . . . . . . . . .  A-12

Jobes' Case Docket Sheet  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  A-17

Jobes' Charge of Discrimination dated May 28, 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  A-21

Dixon's Case Docket Sheet  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  A-23

EEOC FORM 131 (5/01)

## U. S. Equal Employment Opportunity Commission

FEB 1 2 2004

| | PERSON FILING CHARGE |
|---|---|
| Mr. James Ford<br>Chief<br>CITY/WILMINGTON FIRE DEPARTMENT<br>Public Safety Building<br>300 N. Walnut Street<br>Wilmington, DE 19801 | **Bracy Dixon, JR** |

THIS PERSON (check one or both)

[X] Claims To Be Aggrieved

[ ] Is Filing on Behalf of Other(s)

EEOC CHARGE NO.

**170-2004-00607**

## NOTICE OF CHARGE OF DISCRIMINATION

*(See the enclosed for additional information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act

[ ] The Americans with Disabilities Act

[ ] The Age Discrimination in Employment Act

[ ] The Equal Pay Act

The boxes checked below apply to our handling of this charge:

1. [ ] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [X] Please provide by **09-MAR-04** a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [X] Please respond fully by **09-MAR-04** to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by
to
If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

**Rita D. Epperson,**
**Supervisory Investigator**

*EEOC Representative*

Telephone: **(215) 440-2644**

**Philadelphia District Office**
**21 South 5th Street**
**Suite 400**
**Philadelphia, PA 19106**

Enclosure(s): [X] Copy of Charge

CIRCUMSTANCES OF ALLEGED DISCRIMINATION

[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN  [ ] AGE  [ ] DISABILITY  [ ] RETALIATION  [ ] OTHER

**See enclosed copy of charge of discrimination.**

A-1

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| **Feb 09, 2004** | **Marie M. Tomasso,**<br>**Director** | *Marie M. Tomasso* |

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 170-2004-00607 |
| | | and EEOC |

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| **Mr. Bracy Dixon, Jr.** | **(302) 764-1130** | **10-30-1964** |

| Street Address | City, State and ZIP Code |
|---|---|
| **806 W. 34th Street,** | **Wilmington, DE 19802** |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **CITY OF WILMINGTON FIRE DEPARTMENT** | **500 or More** | **(302) 576-3950** |

| Street Address | City, State and ZIP Code |
|---|---|
| **800 N. French Street,** | **Wilmington, DE 19801** |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN | Earliest  Latest |
| ☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.) | 08-04-2003    08-04-2003 |
| | ☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent as a Firefighter in August 1993. Respondent cross trains a few Firefighters so that they can work in the Fire Marshall's division (Arson Investigation) as well as in Suppression (putting out fires) and Fire Prevention. In order to work in Arson, a Firefighter has to be sent to the Police Academy in order to be able to carry a weapon and make arrests. In order to be considered for cross training, you have to apply. I did so and was chosen for cross training out of approximately 20 individuals. I graduated from the Wilmington Police Academy in January 2001. Since that time, I have not been able to work full-time in the Arson Division. I have only been called to work in Arson on an "as needed" basis.

I began to complain about the operations within the department, however, I did not mention race discrimination. I was retaliated against in that I was repeatedly denied overtime and not offered continued training so that I can keep my police certification. I had to use my off time for my training. Normally this training is conducted during duty hours. No explanation was given for this. Further, my gun was confiscated. I was told my gun was being confiscated because I was off sick in early August 2003. I have over 100 days of sick leave - and I followed procedure by calling out sick prior to shift on the day in question.

A-2

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Dec 01, 2003** <br> Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 170-2004-00607 |
| | | and EEOC |

State or local Agency, if any

THE PARTICULARS ARE *(Continued from previous page):*

On or about August 4, 2003, I learned that three white Firefighters, who have less training than I do, were interviewed for full-time placement in the Arson division. I complained to Chief Ford, who is the head of the Wilmington Fire Department, about this. I said to him I believe this was racially motivated.

I am aware that Gabriel Pabon (W), who was one of three interviewees, accepted the job and was placed into the division in August 2003. I have far more experience and certification than Mr. Pabon. The other two interviewees were John Looney and Daniel Anderson.

Since August 2003, I continued to be denied training and overtime. To the best of my knowledge, there were no other openings in the Arson Department since Mr. Pabon's placement into that department.

I believe I have been discriminated against because of my race, black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

A-3

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Dec 01, 2003**<br>Date                    *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year )* |

EEOC Form 161 (10/96)    U.S. E_ _AL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: Bracy Dixon<br>806 W. 34th Street<br>Wilmington, DE 19802 | From: Equal Employment Opportunity Commission<br>Philadelphia District Office<br>The Bourse<br>21 S. Fifth Street, Suite 400<br>Philadelphia, PA  19106-2515 |
| --- | --- |

[  ]    *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
| --- | --- | --- |
| 170-2004-00607 | Legal Unit | 215-440-2828 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[  ]    The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[  ]    Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

[  ]    The Respondent employs less than the required number of employees or is not otherwise covered by the statues.

[  ]    We cannot investigate your charge because it was not filed within the time limit required by law.

[  ]    Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[  ]    While reasonable efforts were made to locate you, we were not able to do so.

[  ]    You had 30 days to accept a reasonable settlement offer that afford full relief for the harm you alleged.

[ x ]    The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[  ]    The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[  ]    Other *(briefly state)* _____

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you.  You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS from your receipt of this Notice**; otherwise, your right to sue based on this charge will be lost.  (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Marie M. Tomasso, District Director                    May 28, 2004
                                                        *(Date Mailed)*

Enclosure(s)

Information Sheet

cc:    Martin Meltzer, Esq for Respondent

A-4

℀AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

Bracy C. Dixon Jr.

V.

**SUMMONS IN A CIVIL CASE**

City of Wilmington,
etal

CASE NUMBER:    0 6 - 3 4 4

TO: (Name and address of Defendant)

City of Wilmington
800 N. French St.
Wilmington, De 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bracy C. Dixen Jr.
806 W 34th St.
Wilmington, De 19802

an answer to the complaint which is served on you with this summons, within ___ 20 ___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

A-5

PETER T. DALLEO

CLERK

Euttle Watson

(By) DEPUTY CLERK

MAY 2 4 2006

DATE

0 6 - 3 4 4

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Bracy Dixon
806 W. 34th St          302-764-1130
Wilmington De 19802

**DEFENDANTS** City of Wilmington, Chief James Ford, Deputy Chief Willie Patrick, Battalion Chief George Cunningham.

(b) County of Residence of First Listed Plaintiff **Newcastle**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C 2000 e-5
Brief description of cause:
Racial Discrimination Retaliation Career Sabotage Employment discrimination
Job Discrimination

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 5 million
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE Honorable Sue L. Robinson
DOCKET NUMBER 1: 05-cv-00479-SLR

DATE 22 May 2006

SIGNATURE OF ATTORNEY OF RECORD

A-6

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

(Del. Rev.12/98)

**2006 MAY 24 AM 9: 44**

**FILED**
**CLERK U.S. DISTRICT COURT**
**DISTRICT OF DELAWARE**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Bracy C. Dixon

_____

(Name of Plaintiff or Plaintiffs)

City of Wilmington

Chief James Ford
Deputy chief Willie Patrick
Battalion Chief George Cunningham

(Name of Defendant or Defendants)

CIVIL ACTION No. 0 6 - 3 4 4

### *COMPLAINT UNDER TITLE VII*

### *OF THE CIVIL RIGHTS ACT OF 1964*

1.     This action is brought pursuant to *Title VII of the Civil Rights Act of 1964*, as amended, for **employment discrimination**. Jurisdiction exists by virtue of 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2.     Plaintiff resides at _____ 806   W. 34th   St. _____
                                         (Street Address)
Wilmington   Newcastle   Delaware   19802
   (City)         (County)      (State)        (Zip Code)
302-764-1130
(Area Code) (Phone Number)

3.     Defendant resides at, or its business is located at __ 300   N. Walnut St.
                                                                     (Street Address)
Wilmington   Newcastle   Delaware   19802
   (City)          (County)      (State)       (Zip Code)

4.     The discriminatory conduct occurred in connection with plaintiff's employment at, or application to be employed at, defendant's   City of Wilmington  (Fire Dept.)  place of business
                                         (Defendant's Name)
located at   300   N. Walnut st.
               (Street Address)
Wilmington   Newcastle   Delaware   19801
   (City)           (County)      (State)       (Zip Code)

A-7

5.    The alleged discriminatory acts occurred on ___*over a period of time*___
                                                            (Day)         (Month)         (Year)

6.    The alleged discriminatory practice   ✔ is   ○ is not  continuing.

7.    Plaintiff filed charges with the Department of Labor of the State of Delaware,

| (Agency) | (Street Address) | (City) | |
|---|---|---|---|

, regarding

| (County) | (State) | (Zip Code) |
|---|---|---|

defendant's alleged discriminatory conduct on _____ , _____ , _____ .
                                                          (Day)         (Month)         (Year)

8.    Plaintiff filed charges with the Equal Employment opportunity Commission of the United States
regarding defendant's alleged discriminatory conduct on: _____ , _____ , _____ .
                                                                      (Day)         (Month)         (Year)

9.    The Equal Employment Opportunity Commission issued the attached Notice-of-Right-to-Sue letter
which was received by plaintiff on: _____ , _____ , _____ .
                                           (Day)         (Month)         (Year)

### (NOTE:   ATTACH NOTICE-OF-RIGHT-TO-SUE LETTER TO THIS COMPLAINT.)

10.    The alleged discriminatory acts, in this suit, concern:

   A.    ○  Failure to employ plaintiff.

   B.    ○  Termination of plaintiff's employment.

   C.    ○  Failure to promote plaintiff.

   D.    ✔  Other acts (please specify below)

___Retaliation , Career Sabotage , racial discrimination,___

___excessive punishment and extreme disciplinary actions___

___due to my race.___

Plaintiff prays for the following relief: (Indicated exact relief requested

5 million dollars from the City of Wilmington, $250,000 from Chief James Ford, Deputy Chief Willie Patrick, and Battalion Chief George Cunningham, each. Cease all unfair, Discrimination, bias treatment, and harassment. Immediate resignation of all three party, Mentioned above.

)

22 May 2006

)

A-9

11.    Defendant's conduct is discriminatory with respect to the following:

    A.    ✔ Plaintiff's race

    B.    ◯ Plaintiff's color

    C.    ◯ Plaintiff's sex

    D.    ◯ Plaintiff's religion

    E.    ◯ Plaintiff's national origin

12.    A copy of the charges filed with the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of plaintiff's claim.

13.    If relief is not granted, plaintiffs will be irreparably denied rights secured by Title VII of the 1964 CivilRights Act, as amended.

14.    Plaintiff's has no adequate remedy at law to redress the wrongs described above.

### THEREFORE,  Plaintiff prays as follows: (Check appropriate letter(s))

    A.    ✔ That all fees, cost or security attendant to this litigation be hereby waived.

    B.    ✔ That the Court appoint legal counsel.

    C.    ✔ That the Court grant such relief as may be appropriate, including injunctive orders, damages, cost and attorney's fees.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated:  _22 MAy 06_____

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

A-10

✎AO 85 (Rev. 8/98) Notice, Consent, and Order of Reference — Exercise of Jurisdiction by a United States Magistrate Judge

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

|  |  |
|---|---|
| Plaintiff | NOTICE, CONSENT, AND ORDER OF REFERENCE — EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE |
| V. |  |
|  | Case Number: |
| Defendant |  |

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

## ORDER OF REFERENCE

A-11

IT IS ORDERED that this case be referred to _____
United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

| _____ | _____ |
|---|---|
| Date | United States District Judge |

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

RECEIVED
JUL 11 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(Del. Rev 12/98)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Gallant Blazer Inc.
James R Jobes, President

Terrance Gadson, Bracey Dixon, Fred Cooper, Anel Collins
(Name of Plaintiff or Plaintiffs)    Corey Ferrell

v.

City of Wilmington Fire Department
(Name of Defendant or Defendants)

05 - 479

CIVIL ACTION NO. _____

## COMPLAINT

1.  This action is brought pursuant to   42 U.S.C. 2000 e-5
    (Federal statute on which action is based)

    for discrimination related to   RACE, hiring, Promotion.   jurisdiction exists by virtue of
    (In what area did discrimination occur? e.g. race, sex, religion)

    42 USC 2000 e-5   .0.
    (Federal statute on which jurisdiction is based)

2.  Plaintiff resides at   106 W 42nd Street
                           (Street Address)

    Wilmington   New Castle   Delaware   19802
    (City)        (County)      (State)     (Zip Code)

    302-762-0607   .
    (Area Code) (Phone Number)

3.  Defendant resides at, or its business is located at   300 N Walnut St
                                                           (Street Address)

    Wilmington   New Castle   Delaware   19801
    (City)        (County)      (State)     (Zip Code)

4.  The alleged discriminatory acts occurred on   OVER Period of time
                                                   (Day)      (Month)      (Year)

5.  The alleged discriminatory practice    Q is   Q is not continuing.   A-12

6.    Plaintiff(s) filed charges with the ___*EEOC*_____

                                    (Agency)

___*21 S. Fifth St. Suite 400    Philadelphia, PA 19106-2515*___

    (Street Address)        (City)        (County)        (State) (Zip)

regarding defendant(s) alleged discriminatory conduct on: _____

                                                    (Date)

7.    Attach decision of the agency which investigated the charges referred in paragraph 6 above.

8.    Was an appeal taken from the agency's decision?    Yes  Q    (No Q)

      If yes, to whom was the appeal taken?_____

9.    The discriminatory acts alleged in this suit concern:   (Describe facts on additional sheets if

necessary)

*I Allege that Wilmington's Black & Hispanic Firefighters*

*As A whole Are being discriminated Against in violation of Title*

*VII of the Civil Rights Act of 1964. I contend that Blacks &*

*Hispanics Are disciplined more severely than whites for similar*

*work rule violations. Respondent's hiring & Promotional policies*

*And practices have A disparate impact upon Blacks & Hispanics.*

10.                  Defendant's conduct is discriminatory with respect to the following:

      (A.)      Q        Plaintiff's race

      (B.)      Q        Plaintiff's color

      C.        Q        Plaintiff's sex

      D.        Q        Plaintiff's religion

      E.        Q        Plaintiff's national origin

                                                            A-13

11.    Plaintiff prays for the following relief:    (Indicate the exact relief requested)

Will be determined At A later dAte. No

Less than 5 million dollars.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: _11 July 2005_

_____
(Signature of Plaintiff)

A-14

AO 85 (Rev. 8/98) Notice, Consent, and Order of Reference — Exercise of Jurisdiction by a United States Magistrate Judge

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

Plaintiff
V.

Defendant

NOTICE, CONSENT, AND ORDER OF REFERENCE —
EXERCISE OF JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE

Case Number:

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## ORDER OF REFERENCE

A-15

IT IS ORDERED that this case be referred to _____
United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

_____                    _____
Date                                        United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

Bracy Dixon, Fred Coopper
Terence Gadson, & Corey Ferrell

V.

**SUMMONS IN A CIVIL CASE**

City of Wilmington
Fire Department

CASE NUMBER: 1: 05-CV-00479 SLR

TO: (Name and address of Defendant)

City of Wilmington, Fire Department
800 N. French St.
Wilmington, De 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bracy C. Dixon Jr.
806 W. 34th St.
Wilmington, De 19802
302-764-1130

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

MAY 2 4 2006

CLERK

Evette Watson

(By) DEPUTY CLERK

DATE

A-16

PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00479-SLR

Gallant Blazer Inc. et al v. City of Wilmington Fire
Department
Assigned to: Honorable Sue L. Robinson
Related Case: 1:06-cv-00344-SLR
Cause: 42:2000 Job Discrimination (Race)

Date Filed: 07/11/2005
Jury Demand: None
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

### Plaintiff

**Gallant Blazer Inc.**

represented by **Gallant Blazer Inc.**
PRO SE

### Plaintiff

**President James R. Jobes**

represented by **James R. Jobes**
James R. Jobes, Pro se
106 W 42nd Street
Wilmington, DE 19802
(302) 762-0607
PRO SE

### Plaintiff

**Terrance Gadson**

represented by **Terrance Gadson**
Terrance Gadson, Pro Se
2505 N. Heald Street
Wilmington, DE 19802
(302) 559-1242
PRO SE

### Plaintiff

**Bracey C. Dixon, Jr.**

represented by **Bracey C. Dixon, Jr.**
Bracy C. Dixon, Jr., Pro Se
806 W. 34th Street
Wilmington, DE 19802
(302) 764-1130
PRO SE

### Plaintiff

**Fred Cooper**

represented by **Fred Cooper**
Fred Cooper, Pro Se
28 Wick Drive
Parksburg, PA 19365
(302) 377-9623
PRO SE

A-17

**Plaintiff**

**Anel Collins**                                    represented by    **Anel Collins**
                                                                     Anel Collins, Pro Se
                                                                     615 W. 31st Street
                                                                     Wilmington, DE 19802
                                                                     (302) 293-7053
                                                                     PRO SE

**Plaintiff**

**Corey Ferrell**                                  represented by    **Corey Ferrell**
                                                                     Corey Ferrell, Pro Se
                                                                     2713 W. 3rd Street
                                                                     Wilmington, DE 19805
                                                                     (302) 275-0839
                                                                     PRO SE

**V.**

**Defendant**

**City of Wilmington Fire Department**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/11/2005 | 1 | COMPLAINT filed against City of Wilmington Fire Department - Magistrate Consent Notice and Rule 4 to Pltf. ( Filing fee $ 250, receipt number 139897.) - filed by James R. Jobes. (Attachments: # 1 Civil Cover Sheet # 2 Acknowledgement of Consent Form # 3 Acknowledgement of Rule 4)(els, ) (Entered: 07/12/2005) |
| 07/11/2005 |  | No Summons Issued (els, ) (Entered: 07/12/2005) |
| 07/20/2005 |  | Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb, ) (Entered: 07/20/2005) |
| 02/10/2006 | 2 | ORDER TO SHOW CAUSE, on or before 2/28/2006, pltfs shall show cause why this case should not be dismissed for failure to serve process within 120 days of filing the complaint. Signed by Judge Sue L. Robinson on 2/10/06. (fmt, ) (Entered: 02/10/2006) |
| 03/13/2006 | 3 | ORDER; this case is DISMISSED WITHOUT PREJUDICE for failure to serve process within 120 days of filing the complaint. Signed by Judge Sue L. Robinson on 3/13/06. (fmt, ) (Entered: 03/13/2006) |
| 03/20/2006 |  | CASE CLOSED (rld, ) (Entered: 03/20/2006) |
| 04/17/2006 | 4 | MOTION for Reconsideration re 3 Order with a copy of the complaint signed by Bracy C. Dixon, Jr., Terrence Gadson and Corey Ferrell - filed by Terrance Gadson, Bracey Dixon, Corey Ferrell. (Attachments: # 1 complaint# 2 attachments)(fmt, ) (Entered: 04/18/2006) |

A-18

| 04/18/2006 | | Remark: Plaintiff's addresses added to docket as provided in D.I. 4. (rbe, ) (Entered: 04/18/2006) |
|---|---|---|
| 05/12/2006 | 5 | MOTION to Withdraw from Civil Action - filed by James R. Jobes, Anel Collins. (fmt, ) (Entered: 05/15/2006) |
| 05/24/2006 | | Summons Issued as to City of Wilmington Fire Department on 5/24/2006. (eew) (Entered: 05/24/2006) |
| 06/13/2006 | 6 | Letterfrom Bracy C. Dixon, Jr. regarding summons. (fmt, ) (Entered: 06/14/2006) |
| 06/13/2006 | 7 | Return of Service Executed by Bracey C. Dixon, Jr. City of Wilmington Fire Department served on 6/5/2006, answer due 6/26/2006. (fmt, ) (Entered: 06/14/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/19/2006 11:54:15 | | | |
| **PACER Login:** | ci0009 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-00479-SLR Start date: 1/1/1970 End date: 6/19/2006 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

A-19

| 04/18/2006 | | Remark: Plaintiff's addresses added to docket as provided in D.I. 4. (rbe, ) (Entered: 04/18/2006) |
|---|---|---|
| 05/12/2006 | 5 | MOTION to Withdraw from Civil Action - filed by James R. Jobes, Anel Collins. (fmt, ) (Entered: 05/15/2006) |
| 05/24/2006 | | Summons Issued as to City of Wilmington Fire Department on 5/24/2006. (eew) (Entered: 05/24/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/05/2006 15:37:15 | | | |
| **PACER Login:** | ci0009 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-00479-SLR Start date: 1/1/1970 End date: 6/5/2006 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

A-20

EEOC FORM 131 (5/01)

## U. S. Equal Employment Opportunity Commission

| | PERSON FILING CHARGE |
|---|---|
| ~~James W. Ford, (SR)~~ <br> Mr. ~~Clifton E. Armstead~~ <br> **Chief** <br> **CITY OF WILMINGTON** <br> **Fire Department** <br> **300 N. Walnut Street** <br> **Wilmington, DE 19801** | **James Jobes** |
| | THIS PERSON *(check one or both)* <br> [X] Claims To Be Aggrieved <br> [ ] Is Filing on Behalf of Other(s) |
| | EEOC CHARGE NO. <br> **170-2004-01671** |

### NOTICE OF CHARGE OF DISCRIMINATION
*(See the enclosed for additional information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act       [ ] The Americans with Disabilities Act

[ ] The Age Discrimination in Employment Act       [ ] The Equal Pay Act

The boxes checked below apply to our handling of this charge:

1. [X] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [ ] Please provide by _____ a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by _____ to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by _____ to _____
If you **DO NOT** wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

**Howard Gurmankin,**          **Philadelphia District Office**
**Supervisory Investigator**          **21 South 5th Street**
          **Suite 400**
*EEOC Representative*          **Philadelphia, PA 19106**

*Telephone:* **(215) 440-2650**

Enclosure(s): [X] Copy of Charge

---

CIRCUMSTANCES OF ALLEGED DISCRIMINATION

[X] RACE   [ ] COLOR   [ ] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN   [ ] AGE   [ ] DISABILITY   [ ] RETALIATION   [ ] OTHER

**See enclosed copy of charge of discrimination.**

A-21

| Date <br> **May 28, 2004** | Name / Title of Authorized Official <br> **Marie M. Tomasso,** <br> **District Director** | Signature |
|---|---|---|

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 170-2004-01671 |

| Delaware Department Of Labor | and EEOC |
|---|---|

*State or local Agency, if any*

| Name *(Indicate Mr., Ms., Mrs.)* | Home Phone No. *(Incl Area Code)* | Date of Birth |
|---|---|---|
| Mr. James Jobes | (302) 593-0350 | 03-27-1966 |

| Street Address | City, State and ZIP Code |
|---|---|
| 106 W. 42nd Street,  Wilmington, DE 19802 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| CITY OF WILMINGTON, Fire Department | 101 - 200 | (302) 576-3950 |

| Street Address | City, State and ZIP Code |
|---|---|
| 300 North Walnut Street,  Wilmington, DE 19801 | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest          Latest |
| ☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN | 06-02-2003       03-08-2004 |
| ☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER *(Specify below.)* | ☒ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I.   I am employed in the position of Captain and am President of the Gallant Blazers, Inc., an association of Wilmington's Black and Hispanic firefighters.   As an employee of the Fire Department, I have observed many personnel decisions that have adversely affected the employment of Blacks and Hispanics in the Department.

II.   I allege that Wilmington's Black and Hispanic firefighters, as a whole are being discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended (Title VII). I contend that (1) Blacks and Hispanics are disciplined more severely than Whites for similar work rule violations, (2) Respondent fails to apply its "random" drug testing policy to Blacks and Hispanics in the same manner it is applied to Whites and uses more frequent drug tests to harass Blacks and Hispanics, and (3) Respondent's hiring and promotional policies and practices have a disparate impact upon Blacks and Hispanics, whose opportunities to obtain positions within the Fire Department and to seek advancement within the Department is hindered by rules which favor Whites and favoritism shown toward Whites regarding promotion.

A-22

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 4-12-04                  *[signature]*  | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| Date          Charging Party Signature | |

PaperDocuments

## U.S. District Court
### District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:06-cv-00344-UNA

Dixon v. City Of Wilmington et al

Assigned to: Unassigned Judge

Demand: $6,000,000

Related Case: 1:05-cv-00479-SLR

Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 05/24/2006

Jury Demand: None

Nature of Suit: 442 Civil Rights: Jobs

Jurisdiction: Federal Question

**Plaintiff**

**Bracey C. Dixon, Jr.**                represented by **Bracey C. Dixon, Jr.**

Bracy C. Dixon, Jr., Pro Se

806 W. 34th Street

Wilmington, DE 19802

(302) 764-1130

PRO SE

V.

**Defendant**

**City Of Wilmington**

**Defendant**

**Chief James Ford**

**Defendant**

**Deputy Chief Willie Patrick**

**Defendant**

**Battalion Chief George Cunningham**

A-23

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 05/24/2006 | 1 | COMPLAINT filed Pro Se against City Of Wilmington, James Ford, Willie Patrick, George Cunningham ( Filing fee $ 350, receipt number 143569.) - filed by Bracey C. Dixon, Jr. (Attachments: # 1 Civil Cover Sheet # 2 Acknowledgement of Consent Form # 3 Acknowledgement of Rule 4)(bad, ) (Entered: 05/25/2006) |
| 05/24/2006 |   | Summons Issued as to City Of Wilmington on 5/24/2006; James Ford on 5/24/2006; Willie Patrick on 5/24/2006; George Cunningham on 5/24/2006. (bad, ) (Entered: 05/25/2006) |
| 05/24/2006 | 2 | Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction |

| | | (bad, ) (Entered: 05/25/2006) |

<table>
<tr><td colspan="4"><strong>PACER Service Center</strong></td></tr>
<tr><td colspan="4"><strong>Transaction Receipt</strong></td></tr>
<tr><td colspan="4">05/26/2006 15:03:24</td></tr>
<tr><td><strong>PACER Login:</strong></td><td>ci0009</td><td><strong>Client Code:</strong></td><td></td></tr>
<tr><td><strong>Description:</strong></td><td>Docket Report</td><td><strong>Search Criteria:</strong></td><td>1:06-cv-00344-UNA Start date: 1/1/1970 End date: 5/26/2006</td></tr>
<tr><td><strong>Billable Pages:</strong></td><td>1</td><td><strong>Cost:</strong></td><td>0.08</td></tr>
</table>

A-24

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Bracey C. Dixon, Jr.,                          :
                                               :
            Plaintiff,                         :
                                               :
      v.                                       :      C.A. No. 06-344 SLR
                                               :
City of Wilmington, Chief James Ford,          :
Deputy Chief Willie Patrick and                :
Battalion Chief George Cunningham,             :
                                               :
            Defendants.                        :

<u>CERTIFICATE OF SERVICE</u>

I, Andrea J. Faraone, Esquire, hereby certify that on this 26th day of June, 2006, I filed the

Defendants, City of Wilmington, James Ford, Willie Patrick and George Cunningham's Appendix

to the Opening Brief in Support of Their Motion to Dismiss with the Clerk of Court using CM/ECF

which will send notification of such filing(s) that this document is available for viewing and

downloading from CM/ECF to the following:

Bracy C. Dixon, Jr.
806 W. 34th Street
Wilmington, DE 19802


      /s/ Andrea J. Faraone
Andrea J. Faraone, Esquire (I.D. #3831)
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2175
Attorney for Defendants